## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARVIN M. WINTERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-20-447-KEW |
| | ) |
| CDN LOGISTICS, INC.; and | ) |
| WANDA SUE DAVIS, | ) |
| | ) |
| Defendants. | ) |

### **ADMINISTRATIVE CLOSING ORDER**

This Court acknowledges the filing of the Notice of Settlement in this case, advising that the case has settled. The parties, however, require additional time to finalize the settlement documents. In an effort to effectively manage this Court's calendar and prevent the unnecessary expenditure of resources by the Court and the parties, this case will be administratively closed pending the filing of the settlement documents in the case.

IT IS THEREFORE ORDERED that the Clerk administratively close this action in his records without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation, order, or judgment, for any other purpose required to obtain a final determination of the proceedings, or for any purpose designated in the settlement agreement between the parties. But, in any event, Plaintiff shall submit a judgment, stipulation of dismissal, or other closing document no later than

**NOVEMBER 15, 2021.** Should Plaintiff fail to file one of these documents by this date or seek an extension of the deadline for submission, the case will be deemed dismissed in its entirety.

IT IS SO ORDERED this 12th day of October, 2021.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE