# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARVIN M. WINTERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 20-cv-447-KEW |
| CDN LOGISTICS, INC., and WANDA SUE DAVIS, | ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Marvin M. Winters and Defendants CDN Logistics Inc. and Wanda Sue Davis, in accordance with Federal Rules of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to dismiss with prejudice all claims herein and state that a compromise settlement of all claims was reached by the parties. The parties agree to bear their respective costs, including all attorney's fees and expenses related to all claims.

*Respectfully submitted*,

/s/ Ken Ray Underwood
Ken Ray Underwood, OBA # 9156
The Beacon Building
406 S. Boulder Avenue, Suite 640
Tulsa, Oklahoma 74103
(918) 582-7447-t  (918) 582-0166-f
ken@ulawok.com
*Attorney for Plaintiff*

Dan K. Jones, OBA # 16940
Mehry Taremi, OBA # 31726
**MILLER JOHNSON JONES ANTONISSE & WHITE, PLLC**
500 N.W. 6th Street, Suite 300
Oklahoma City, Oklahoma 73102
(405) 896-4388-t  (405) 239-2575-f
djones@mjjaw.com
mtaremi@mjjaw.com
*Attorneys for Defendants*